# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| STEPHEN PATRICK KELLY,<br><br>        Plaintiff,<br><br>  v.<br><br><br>VOORMI, INC. AND ALDEN AND ROSE, INC.,<br><br>        Defendant. | **No. CV-26-59-BU-JTJ**<br><br><br><br>**ORDER** |

Plaintiff Stephen Patrick Kelly has brought claims against Defendants Voormi, Inc. ("Voormi") and Alden and Rose, Inc. ("Alden and Rose") (collectively "Defendants"). (Doc. 2.) Kelly alleges that Defendants failed to maintain their business premises resulting in a slip and fall suffered by Kelly on December 30, 2025. (*Id*. at 2, 8.) Magistrate Judge John Johnston ordered the U.S. Marshals to serve summons on Defendants. (Doc. 6.)  The U.S. Marshal issued the summons on July 2, 2026, and returned the summons executed on both Defendants on July 9, 2026. (Docs. 7 and 9, 10.) Defendants had until July 27, 2026, to file a responsive pleading. (Docs. 9 and 10).

Kelly now moves the Court for default judgment against Defendants for failure to file a responsive pleading or in the alternative for an order to show cause to Defendants. (Doc. 14.) Defendant Alden and Rose has filed a responsive pleading. (*See* Doc. 12.)

1

Defendant Voormi has not appeared or filed a responsive pleading.

Kelly failed to file a motion for entry of default judgment to the Clerk as required by Fed. R. Civ. P. 55(a). The Court, therefore, denies Kelly's motion for default judgment as premature. Kelly must file a motion for entry of default judgment with the Clerk as required by Fed. R. Civ. P. 55(a). Kelly may request default be entered against Voormi and provide the Clerk with the basis for doing so. If the Clerk enters judgment, Kelly may file a renewed motion for default judgment pursuant to Fed. R. Civ. P. 55(b) for the Court's consideration.

## ORDER

Accordingly, **IT IS HEREBY ORDERED** that Kelly's Motion for Default Judgment (Doc. 14) is **DENIED as premature**.

1. Kelly must file a motion for entry of default to the Clerk. Kelly must explain the basis for the Clerk to enter default pursuant to Federal Rule of Civil Procedure 55(a).

2. If the Clerk enters default, Kelly may file a renewed motion for default pursuant to Federal Rule of Civil Procedure 55(b).

DATED this 13th day of August 2026.

Brian Morris, Chief District Judge
United States District Court