# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA BUTTE DIVISION

STEPHEN PATRICK KELLY,

Plaintiff,

v.

VOORMI, INC. AND ALDEN AND ROSE, INC.,

Defendant.

**No. CV-26-59-BU-JTJ**

**ORDER**

Plaintiff Stephen Patrick Kelly has brought claims against Defendants Voormi, Inc. ("Voormi") and Alden and Rose, Inc. ("Alden and Rose") (collectively "Defendants"). (Doc. 2.) Kelly alleges that Defendants failed to maintain their business premises resulting in a slip and fall suffered by Kelly on December 30, 2025. (*Id.* at 2, 8.) Magistrate Judge John Johnston ordered the U.S. Marshals to serve summons on Defendants. (Doc. 6.) The U.S. Marshal issued the summons on July 2, 2026, and returned the summons executed on both Defendants on July 9, 2026. (Docs. 7 and 9, 10.) Defendants had until July 27, 2026, to file a responsive pleading. (Docs. 9 and 10).

Kelly now moves the Court for default judgment against Defendants for failure to file a responsive pleading or in the alternative for an order to show cause to Defendants. (Doc. 17.) Defendant Alden and Rose has filed a responsive pleading. (*See* Doc. 12.) Defendant Voormi, Inc. appeared with a Notice of Timeline to the Court. (Doc. 16.)

Accordingly, IT IS HEREBY ORDERED that the Court will defer ruling on Kelly's Motion for Default Judgment. (Doc. 17.)

1. Defendants Alden and Rose and Voorimi, Inc. must retain counsel on or before December 4, 2026, or show cause why the Court should not enter default against them.

DATED this 4th day of November, 2026.

Brian Morris, Chief District Judge
United States District Courts